JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREE DONNELL,<br><br>         Plaintiff,<br><br>   vs.<br><br>SAXON MORTGAGE SERVICES INC.; ARGENT MORTGAGE COMPANY, LLC; and DOES 1 to 50, inclusive,<br><br>         Defendants. | Case No.:  EDCV09 -801 SGL (PJWx)<br><br>HON. STEPHEN G. LARSON<br><br>**JUDGMENT IN FAVOR OF DEFENDANT SAXON MORTGAGE SERVICES, INC.** |

Pursuant to the Order of this Honorable Court on July 17, 2009, dismissing the above-captioned action in its entirety and without prejudice:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiff, ANDREE DONNELL ("Plaintiff"), shall take nothing against Defendant, SAXON MORTGAGE SERVICES, INC. ("Saxon");
2. All of Plaintiff's causes of action and claims with respect to the above-captioned matter are dismissed without prejudice;
3. Judgment shall be entered in favor of Saxon and against Plaintiff;
4. The Notice of Pendency of Action (Lis Pendens) recorded in the County of Riverside, as Document Number 2009-0209330, against the real property commonly known 25164 VIA LAS LOMAS, MURRIETA, CALIFORNIA 92562, is hereby immediately EXPUNGED, so as not to constitute constructive or actual notice of any matter contained in it, or of any matters relating to this action, or create any duty of inquiry in any person dealing with the real property described in the Notice after the date of recordation of this Order since the Notice of Pendency of Action (Lis Pendens) is not supported by a *pleading* that contains a real property claim pursuant to *Code of Civil Procedure* § 405.31.

**IT IS SO ORDERED.**

Date: October 1, 2009

*[signature]*

The Honorable U.S. District Court Judge